IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CV-01513-M-KS

COMMERCIAL SITE ACQUISITIONS
INC.,

     Plaintiff,

v.

CLARA JONES, et al.,

     Defendants.

ORDER

This matter comes before the court on the Memorandum and Recommendation ("M&R") issued by United States Magistrate Judge Kimberly A. Swank [DE 16]. Judge Swank recommends that Plaintiff's Motion to Dismiss Counterclaims [DE 9] be denied as moot. *Id.* at 2. The M&R, along with instructions and a deadline for filing objections, was served on the parties on January 15, 2026. *See id.* Neither party filed a timely objection.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. *See Diamond*, 416 F.3d at 315. For the reasons stated therein, Plaintiff's Motion to Dismiss Counterclaims [DE 9] is DENIED AS MOOT.

SO ORDERED this __7th__ day of April, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2